

James A. Foley
4116 W. Vickery Blvd. #103
Fort Worth, TX 76107
817-738-1633
817-348-8328

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **Samantha A. Stroud** § | Civil Action No. | |
| Plaintiff § | | |
| § | | |
| v. § | | |
| § | **Complaint** | |
| **Portfolio Recovbery Associates, LLC** § | **And** | |
| § | **Demand For Jury Trial** | |
| Defendants § | | |
| § | (**Unlawful Debt Collection Practices**) | |

## PRELIMINARY STATEMENT

1. Plaintiff, Samantha Stroud ("Owens") brings this action under the FAIR DEBT COLLECTION PRACTICES ACT, 15 U.S.C. § 1692, *et seq*. ("FDCPA"), to obtain statutory damages, actual damages, relief, and other relief for the Defendants' violations of the FDCPA.

2. Defendant, Portfolio Recovery Assciates LLC ("Portfolio") attempted to collect a consumer debt allegedly owed by Plaintiff, arising from a purported credit card obligation to HSBC Bank, Nevada N.A, allegedly assigned to Portfolio. The obligation ("Debt") required Plaintiff to pay money arising out of transactions in which money, property, insurance, or services were the subject thereof and the same were primarily for personal, family, or household purposes. Specifically, the alleged debt arose from an credit card account.

## JURISDICTION AND VENUE

3. Jurisdiction of this Court attains pursuant to 15 U.S.C. § 1692k(d), 28 U.S.C. §§ 1331 and 1337(a).

4. Venue in the Northern District of Texas is proper under 28 U.S.C. § 1391(b)-(c) and because the acts and transactions occurred here and the Defendants transact business here.

5. Plaintiff is a citizen of the State of Texas. Plaintiff is a "consumer" as defined by 15 U.S.C. § 1692a(3).

6. Portfolio, is a business engaged in the business of collecting consumer debts in the Northern district of Texas. The principal purpose of Portfolio's business is the collection of consumer debts using the mails and telephone, and they regularly attempts to collect consumer debts for others. Portfolio is a "debt collector" as defined by 15 U.S.C. § 1692a(6). .

### FACTUAL ALLEGATIONS

7. Prior to February 4, 2015 Samantha Stroud had been receiving letters from Portfolio. On or about February 4, 2015, Stroud retained the services of James Foley PLLC, and attorney sent a letter of representation to Portfolio. The letter claimed representation on the HSBC debt and all matters relating to collections or debt. The letter and fax confirmation are attached as exhibits A and B, respectively. Portfolio has never contacted the attorney, but despite knowing that she was represented by counsel, has twice sent letters directly to Stroud. One was dated July 28, 2015 and the other November 12, 2015.See attached Exhibits C and D..

8. The foregoing acts and omissions were undertaken on behalf of the Defendants by their respective officers, agents, or employees acting at all times relevant hereto within the scope of that relationship.

9. The foregoing acts and omissions of the Defendants were undertaken by them willfully, intentionally, knowingly, and/or in gross disregard of the rights of the Plaintiff. Defendants knew or should have known that the Defendant was represented.

10. The foregoing acts and omissions of the Defendant were undertaken indiscriminately and persistently, as part of Defendants' regular and routine collection efforts, and without regard to or consideration of the rights of the Plaintiff.

### CLAIM FOR RELIEF

11. The Plaintiff repeats, re-alleges, and incorporates by reference the foregoing paragraphs. The Defendants' violations of the FDCPA include, but are not limited to the following:

    A. In sending this communication directly to Defendant, Plaintiff is in violation of 15 U.S.C. § 1692c (a)(2) which prohibits debt collectors from communicating with a consumer when the debt collector knows the consumer is represented by as attorney with respect to such debt.

## PRAYER FOR RELIEF

WHEREFORE, the Plaintiff prays that this Court:

1. Declare that Defendants' actions violate the FDCPA.

2. Enter judgment in favor of Plaintiff and against Defendants for statutory damages, actual damages, costs, and reasonable attorney's fees as provided by 15 U.S.C. § 1692c(a)(2)

3. Grant such further relief as deemed just.

> Respectfully submitted,
>
> s/ James A. Foley
>
> By: _____
> James A. Foley SBN 24055491
> 4116 West Vickery Blvd., #103
> Fort Worth, Texas 76107
> (817) 738-1633
> Fax (866) 512-5807
> ATTORNEY FOR PLAINTIFF
> Samantha Stroud

## DEMAND FOR JURY TRIAL

Plaintiff demands trial by jury in this action.

> Respectfully submitted,
>
> s/ James A. Foley
>
> By: _____
> James A. Foley SBN 24055491
> 4116 West Vickery Blvd., #103
> Fort Worth, Texas 76107
> (817) 738-1633
> Fax (866) 512-5807
> ATTORNEY FOR PLAINTIFF
> Samantha Stroud

# EXHIBIT A

**JAMES FOLEY, PLLC**
Attorney at Law
4116 W. Vickery Blvd #103
Fort Worth, TX 76107

Phone (817) 738-1633
Fax (866) 512-5807
james@jamesfoleypllc.com

February 4, 2015

Portfolio Recovery Associates
c/o Jennifer Sanders & Jamilla Loyd
Via Facsimile: (757) 518-0860

Re:  Portfolio Recovery Associates LLCSamantha Stroud Original Creditor: HSBC Bank Nevada N.A.
Current Owner: Portfolio Recovery Associates LLC

To whom it may concern,

   Please be advised that I represent Samantha Stroud on this and all matters related to collection or alleged debt issues. Be advised that under 15 U.S.C. § 1692(c)(2) all further communications regarding this, or any other debt or collection matter shall come to my office.

   This will also serve as your notice to verify the debt as required by FDCPA pursuant to 15 USC 1692g. Please provide the information provided by that law.

   The debt is also disputed.  You should cease collection of the debt until you verify the debt by obtaining a copy of the debt and/or judgment.   Sufficient verification of the debt should include a copy of any agreement which bears my client's signature and the most recent statement before you claim that the account became delinquent. Please forward all documentation you have regarding this account.

Sincerely,

*/s/ James A. Foley*

_____
James A. Foley
Texas Bar Number 24055491

# EXHIBIT B

# FAX Transmission Status

Transmission complete: 2015-2-3 19:55:49 MST7MDT

**Job ID** 174823470   **Destination** (757)518-0860
**Status** Success   **Detail** Success
**Pages** 1   **Xmit Time** 00:01:27

---

JAMES FOLEY, PLLC
Attorney at Law
4116 W. Vickery Blvd #103
Fort Worth, TX 76107

Phone (817) 738-1633
Fax (866) 512-5807
james@jamesfoleyplc.com

February 4, 2015

Portfolio Recovery Associates
Via Facsimile: (757) 518-0860

Re: Samantha Stroud Original Creditor: HSBC Bank Nevada N.A.
Current Owner: Portfoplio Recovery Associates LLC

To whom it may concern,

    Please be advised that I represent Samantha Stroud on this and all matters related to collection or alleged debt issues. Be advised that under 15 U.S.C. § 1692(c)(2) all further communications regarding this, or any other debt or collection matter shall come to my office.

    This will also serve as your notice to verify the debt as required by FDCPA pursuant to 15 USC 1692g. Please provide the information provided by that law.

    The debt is also disputed. You should cease collection of the debt until you verify the debt by obtaining a copy of the debt and/or judgment. Sufficient verification of the debt should include a copy of any agreement which bears my client's signature and the most recent statement before you claim that the account became delinquent. Please forward all documentation you have regarding this account.

Sincerely,

*[signature]*

James A. Foley
Texas Bar Number 24055491

# EXHIBIT C

Seller: HSBC BANK NEVADA N.A.
Merchant: ARBOR - ORCHARD AND HS
Original Creditor: HSBC BANK NEVADA N.A.



**Portfolio Recovery Associates, LLC**

Account/Reference No.:         5488975068477291
Creditor to Whom Debt is Owed: Portfolio Recovery Associates, LLC
CURRENT BALANCE DUE:           $2,268.34

July 29, 2015

Dear SAMANTHA A STROUD,

For nearly 20 years, Portfolio Recovery Associates, LLC ("PRA, LLC") has helped customers across the country resolve their debt. Please contact us directly to find out how we can help you. We are committed to working with you to design a plan that fits your budget. Call us today!

| **Single Payment** **Savings Plan** | **12 Month** **Installment Option** | **32 Month** **Installment Option** |
|---|---|---|
| • Pay $1,590.00<br>• *Save $678.34*<br><br>Your account will be considered "Settled in Full" after your final payment is posted. | • Pay $145.00 for 12 consecutive months<br>• *Save $528.34*<br><br>Your account will be considered "Settled in Full" after your final payment is posted. | • Pay $70.00 for 32 consecutive months<br><br><br>Your account will be considered "Paid in Full" after your final payment is posted. |

***Your first or full payment must be received no later than 08/28/2015***
Call now to get started or to learn about other payment options!



We are ready to help you resolve this debt!
Just call:
**1-800-772-1413**
before 08/28/2015
to discuss the
**AFFORDABLE PAYMENT OPTIONS**
that are available to you.
(EST) 8 AM to 11 PM Mon.-Fri.
8 AM to 5 PM Sat. • 2 PM to 9 PM Sun.

**Mail all checks and payments to:**
PORTFOLIO RECOVERY ASSOCIATES, LLC
P.O. Box 12914
Norfolk VA 23541



Pay Online Using
Your Checking Account!
www.portfoliorecovery.com

Because of the age of your debt we will not sue you for it. If you do not pay the debt, we may report it to the credit reporting agencies as unpaid.

**This communication is from a debt collector and is an attempt to collect a debt.
Any information obtained will be used for that purpose.**

NOTICE: See Reverse Side for Important Information

---15CDPRAS0147M2----------------------***PLEASE DETACH AND RETURN WITH YOUR PAYMENT***--------------------------------

Account/Reference No.: 5488975068477291

Payment Amount $ _____

CDPRAS01
PO Box 1022
Wixom MI 48393-1022

ADDRESS SERVICE REQUESTED

Mail all checks and payments to:

July 29, 2015

PORTFOLIO RECOVERY ASSOCIATES, LLC
P.O. Box 12914
Norfolk VA 23541

47M2    846721851

SAMANTHA A STROUD
416 W Bedford Euless Rd
Hurst TX 76053-3958



# EXHIBIT D

Seller: HSBC BANK NEVADA N.A.
Merchant: ARBOR - ORCHARD AND HB
Original Creditor: HSBC BANK NEVADA N.A.



**Portfolio Recovery Associates, LLC**

November 12, 2015

Account Number: 5488975068477291
Creditor to Whom Debt is Owed: Portfolio Recovery Associates, LLC
Current Balance Due: $2,268.34

Dear SAMANTHA A STROUD,
For nearly 20 years, Portfolio Recovery Associates, LLC ("PRA, LLC") has helped customers across the country resolve their debt. Please contact us directly to find out how we can help you. We are committed to working with you to design a plan that fits your budget. Call us today!

| Single Payment Savings Plan | 12 Month Installment Option | 32 Month Installment Option |
|---|---|---|
| • Pay $1,590.00<br>• Save $678.34<br><br>Your account will be considered "Settled in Full" after your final payment is posted. | • Pay $145.00 for 12 consecutive months<br>• Save $528.34<br><br>Your account will be considered "Settled in Full" after your final payment is posted. | • Pay $70.00 for 32 consecutive months<br><br><br>Your account will be considered "Paid in Full" after your final payment is posted. |

***Your first or full payment must be received no later than *12/11/2015****
Call now to get started or to learn about other payment options!



We are ready to help you resolve this debt!
Just call:
**1-800-772-1413**
before 12/11/2015
to discuss the
**AFFORDABLE PAYMENT OPTIONS**
that are available to you.
(EST) 8 AM to 11 PM Mon.-Fri.
8 AM to 8 PM Sat. • 11 AM to 11 PM Sun.



**Mail all checks and payments to:**
PORTFOLIO RECOVERY ASSOCIATES, LLC
P.O. Box 12914
Norfolk VA 23541



Pay Online Using
Your Checking Account!
www.portfoliorecovery.com

Because of the age of your debt we will not sue you for it. If you do not pay the debt, we may report it to the credit reporting agencies as unpaid.

**This communication is from a debt collector and is an attempt to collect a debt.
Any information obtained will be used for that purpose.**

**NOTICE: See Reverse Side for Important Information**

16CDPRAS0147M2                           ***PLEASE DETACH AND RETURN WITH YOUR PAYMENT***

Account Number: 5488975068477291

Payment Amount: $_____

CDPRAS01
PO Box 1022
Wixom MI 48393-1022

ADDRESS SERVICE REQUESTED

Mail all checks and payments to:

November 12, 2015

PORTFOLIO RECOVERY ASSOCIATES, LLC
P.O. Box 12914
Norfolk VA 23541

47M2        731684552

SAMANTHA A STROUD
416 W Bedford Euless Rd
Hurst TX 76053-3958



ORIGINAL CTS

JS 44-TXND (Rev. 12/12)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| Samantha A. Stroud<br>416 Bedford Euless Road<br>Hurst, TX 76053 | Portfolio Recovery Associates, LLC<br>120 Corporate Blvd., Suite 100<br>Norfolk, VA 23502 |
| (b) County of Residence of First Listed Plaintiff **Tarrant**<br>*(EXCEPT IN U.S. PLAINTIFF CASES)* | County of Residence of First Listed Defendant **Independent**<br>*(IN U.S. PLAINTIFF CASES ONLY)*<br>NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED. |
| (c) Attorneys *(Firm Name, Address, and Telephone Number)*<br>James Foley PLLC<br>4116 W. Vickery Blvd #103<br>Ft. Worth, TX 76107 | Attorneys *(If Known)*<br>4-15CV-950-Y |

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question *(U.S. Government Not a Party)*
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 151 Medicare Act<br>☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans)<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholders' Suits<br>☐ 190 Other Contract<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | **PERSONAL INJURY**<br>☐ 310 Airplane<br>☐ 315 Airplane Product Liability<br>☐ 320 Assault, Libel & Slander<br>☐ 330 Federal Employers' Liability<br>☐ 340 Marine<br>☐ 345 Marine Product Liability<br>☐ 350 Motor Vehicle<br>☐ 355 Motor Vehicle Product Liability<br>☐ 360 Other Personal Injury<br>☐ 362 Personal Injury - Medical Malpractice | **PERSONAL INJURY**<br>☐ 365 Personal Injury - Product Liability<br>☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability<br>☐ 368 Asbestos Personal Injury Product Liability<br>**PERSONAL PROPERTY**<br>☐ 370 Other Fraud<br>☐ 371 Truth in Lending<br>☐ 380 Other Personal Property Damage<br>☐ 385 Property Damage Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881<br>☐ 690 Other | ☐ 422 Appeal 28 USC 158<br>☐ 423 Withdrawal 28 USC 157<br>**PROPERTY RIGHTS**<br>☐ 820 Copyrights<br>☐ 830 Patent<br>☐ 840 Trademark<br>**SOCIAL SECURITY**<br>☐ 861 HIA (1395ff)<br>☐ 862 Black Lung (923)<br>☐ 863 DIWC/DIWW (405(g))<br>☐ 864 SSID Title XVI<br>☐ 865 RSI (405(g)) | ☐ 375 False Claims Act<br>☐ 400 State Reapportionment<br>☐ 410 Antitrust<br>☐ 430 Banks and Banking<br>☐ 450 Commerce<br>☐ 460 Deportation<br>☐ 470 Racketeer Influenced and Corrupt Organizations<br>☐ 480 Consumer Credit<br>☐ 490 Cable/Sat TV<br>☐ 850 Securities/Commodities/ Exchange<br>☐ 890 Other Statutory Actions<br>☐ 891 Agricultural Acts<br>☐ 893 Environmental Matters<br>☐ 895 Freedom of Information Act<br>☐ 896 Arbitration |
| **REAL PROPERTY**<br>☐ 210 Land Condemnation<br>☐ 220 Foreclosure<br>☐ 230 Rent Lease & Ejectment<br>☐ 240 Torts to Land<br>☐ 245 Tort Product Liability<br>☐ 290 All Other Real Property | **CIVIL RIGHTS**<br>☐ 440 Other Civil Rights<br>☐ 441 Voting<br>☐ 442 Employment<br>☐ 443 Housing/ Accommodations<br>☐ 445 Amer. w/Disabilities - Employment<br>☐ 446 Amer. w/Disabilities - Other<br>☐ 448 Education | **LABOR**<br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Management Relations<br>☐ 740 Railway Labor Act<br>☐ 751 Family and Medical Leave Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Employee Retirement Income Security Act<br>**PRISONER PETITIONS**<br>**Habeas Corpus:**<br>☐ 463 Alien Detainee<br>☐ 510 Motions to Vacate Sentence<br>☐ 530 General<br>☐ 535 Death Penalty<br>**Other:**<br>☐ 540 Mandamus & Other<br>☐ 550 Civil Rights<br>☐ 555 Prison Condition<br>☐ 560 Civil Detainee - Conditions of Confinement | **IMMIGRATION**<br>☐ 462 Naturalization Application<br>☐ 465 Other Immigration Actions | **FEDERAL TAX SUITS**<br>☐ 870 Taxes (U.S. Plaintiff or Defendant)<br>☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision<br>☐ 950 Constitutionality of State Statutes |

RECEIVED DEC 1 4 2015
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

## V. ORIGIN *(Place an "X" in One Box Only)*

☒ 1 Original Proceeding ☐ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from Another District *(specify)* ☐ 6 Multidistrict Litigation

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
15 USC 1692

Brief description of cause:
Fair Debt Collection, conrtacting represented party

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.   **DEMAND $** 1,000.00   CHECK YES only if demanded in complaint: **JURY DEMAND:** ☒ Yes ☐ No

## VIII. RELATED PENDING OR CLOSED CASE(S) IF ANY

*(See instructions):*   JUDGE _____   DOCKET NUMBER _____

| DATE | SIGNATURE OF ATTORNEY OF RECORD |
|---|---|
| 12/11/2015 | s/ James A. Foley |

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____